ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FILED
APR 18 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

J & J SPORTS PRODUCTIONS, INC.
As Broadcast Licensee of the
March 19, 2005 Morales/Pacquiao Event,

    Plaintiff,

V.

1) EAST DALLAS SOCIAL
ASSOCIATION, INC. Individually and
d/b/a EAST DALLAS SOCIAL
ASSOCIATION a/k/a BAZAAR
BILLAR;
2) MARC GREENBERG, Individually
and d/b/a EAST DALLAS
SOCIAL ASSOCIATION a/k/a BAZAAR
BILLAR; and
3) CONNIE CAPPELLO
GREENBERG, Individually and d/b/a
EAST DALLAS SOCIAL
ASSOCIATION a/k/a BAZAAR BILLAR

    Defendants.

CASE NO. _____

3-08CV0675-D

## CERTIFICATE OF INTERESTED PERSONS

COME NOW the Defendants and provide their Certificate of Interested Persons, listing as follows:

1. Marc Greenberg, a named party Defendant;

2. Connie Cappello Greenberg, a party Defendant;

3. East Dallas Social Association, Inc. a Texas corporation, Marc Greenberg, President;

4. East Dallas Social Association, a private association, the predecessor entity to East Dallas Social Association, Inc.

5. Bazaar Billar which is a d/b/a of both East Dallas Social Association, and of Marc Greenberg.

6. George S. Henry, attorney of record for all defendants.

Respectfully submitted,

THE LAW OFFICE OF GEORGE S. HENRY

By:_____
George S. Henry
State Bar No. 09479400
4201 Spring Valley Road, Suite 1102
Dallas, Texas 75244
Telephone: (972) 788-0811
Facsimile:  (972) 702-0705
henrylaw@sbcglobal.net

ATTORNEY FOR DEFENDANTS